UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                    Case No. 97-cr-80448
                                            Hon. Denise Page Hood

v.

Kebba Janneh,

        Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO SEAL CONVICTION
## (Docket No. 331)

Defendant Kebba Janneh was convicted of copyright infringement. He was sentenced to 24 months probation and ordered to pay $75,000 in restitution. Janneh successfully completed his probation and paid his restitution. On October 5, 2015, Janneh wrote a letter asking the Court to seal his conviction so that he could secure employment.

Federal courts can "order the expungement of a record in an appropriate case." *United States v. Doe*, 556 F.2d 391, 393 (6th Cir.1977). The Sixth Circuit has yet to put forth a standard to identify which cases are "appropriate," but stated that the power was most often used "only in extreme circumstances," such as "illegal convictions, convictions under

1

statutes later deemed unconstitutional, and convictions obtained through governmental misconduct." *United States v. Robinson*, 79 F.3d 1149, 1996 WL 107129, *1-2 (6th Cir.1996) (unpublished opinion). An inability to secure employment is insufficient to warrant expungement. *Lind v. United States*, No. CRIM. 97-80218, 2006 WL 2087726, at *2 (E.D. Mich. July 25, 2006). While the Court acknowledges and applauds Janneh's accomplishments, it does not have the ability to expunge or seal his conviction. Janneh's motion is **DENIED**.

    **IT IS ORDERED**.


                          S/Denise Page Hood
                          Denise Page Hood
                          United States District Judge

Dated: November 10, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 10, 2015, by electronic and/or ordinary mail.

                          S/LaShawn R. Saulsberry
                          Case Manager